UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAKEEM JOHNSON,<br>a/k/a "SHA-MONEY",<br><br>Defendant | ) Criminal No. 25cr10242<br>)<br>) Violations:<br>)<br>) Count One: Possession with Intent to Distribute<br>) 28 Grams or More of Cocaine Base<br>) (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii))<br>)<br>) Count Two: Possession with Intent to<br>) Distribute Fentanyl<br>) (21 U.S.C. § 841(a)(1))<br>)<br>) Drug Forfeiture Allegation:<br>) (21 U.S.C. § 853)<br>) |

INDICTMENT

COUNT ONE
Possession with Intent to Distribute
28 Grams or More of Cocaine Base
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii))

The Grand Jury charges:

On or about April 11, 2025, in Lynn, in the District of Massachusetts, the defendant,

SHAKEEM JOHNSON, a/k/a "SHA-MONEY",

did knowingly and intentionally possess with intent to distribute 28 grams and more of a mixture

and substance containing a detectable amount of cocaine base, also known as crack cocaine, a

schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT TWO
Possession with Intent to Distribute Fentanyl
(21 U.S.C. §§ 841(a)(1))

The Grand Jury charges:

On or about April 11, 2025, in Lynn, in the District of Massachusetts, the defendant,

SHAKEEM JOHNSON, a/k/a "SHA-MONEY",

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further finds:

1.      Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1), set forth in Counts One and Two, the defendant,

SHAKEEM JOHNSON, a/k/a "SHA-MONEY",

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.   The property to be forfeited includes, but is not limited to, the following asset(s):

      a. $3,882 in United States currency seized on April 11, 2025 in Lynn, Massachusetts;

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the property described in

Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
PHILIP C. CHENG
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 10th, 2025
Returned into the District Court by the Grand Jurors and filed.

_____  3:23pm
DEPUTY CLERK

5