# Criminal Case Cover Sheet
### U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** __II__ **Investigating Agency** __FBI__

**City:** Lynn
**County:** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number  25-mj-8266, -8267, -8281-PGL
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name:** Shakeem M. Johnson    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 215 Fairmount Avenue, Apartment 312, Lynn, MA

**Birth date (Yr only):** 1990   **SSN (last 4#):** 9304   **Sex:** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** John T. Dawley, Jr.    **Bar Number if applicable:** 683662

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at  Essex HOC    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5/15/2025    **Signature of AUSA:** /s/ John T. Dawley, Jr.

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Shakeem M. Johnson

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute 28 Grams+ of Cocaine Base | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**